IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FOUNDERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BENTLEY ENTERTAINMENT, LLC d/b/a BENTLEY'S HOUSE OF SOUL, REGGIE RIDLEY, DHARMESH PATEL, KAREN S. BATES-THOMPSON, individually, and as ADMINISTRATRIX, of the ESTATE OF BRIAN A. AMOS, JR., and BRIAN A. AMOS, SR.,<br><br>Defendants. | No. 3:12-cv-01315<br>Chief Judge Haynes |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for judgment on the pleadings (Docket Entry No. 11) is **GRANTED in part**. Plaintiff's motion to strike is **DENIED** as moot. Plaintiff is **AWARDED** a declaratory judgment that Plaintiff does not owe a legal duty to defend the State court action against the Defendants Bentley Entertainment LLC, d/b/a Bentley's House of Soul, Reggie Ridley, and Dharmesh Patel.

This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party.

It is so **ORDERED**.

ENTERED this the 17th day of July, 2013.

William J. Haynes, Jr.
Chief United States District Judge