IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FOUNDERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-01315 |
| v. ) | Chief Judge Haynes |
| ) | |
| BENTLEY ENTERTAINMENT, LLC d/b/a ) | |
| BENTLEY'S HOUSE OF SOUL, REGGIE ) | |
| RIDLEY, DHARMESH PATEL, KAREN S. ) | |
| BATES-THOMPSON, individually, and as ) | |
| ADMINISTRATRIX, of the ESTATE OF ) | |
| BRIAN A. AMOS, JR., and BRIAN A. AMOS, ) | |
| SR., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for judgment on the pleadings (Docket Entry No. 11) is **GRANTED in part**. Plaintiff's motion to strike is **DENIED** as moot. Plaintiff is **AWARDED** a declaratory judgment that Plaintiff does not owe a legal duty to defend the State court action against the Defendants Bentley Entertainment LLC, d/b/a Bentley's House of Soul, Reggie Ridley, and Dharmesh Patel.

This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party.

It is so **ORDERED.**

ENTERED this the 17th day of July, 2013.

William J. Haynes, Jr.
Chief United States District Judge