IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| FOUNDERS INSURANCE COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 3:12-cv-01315 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| BENTLEY ENTERTAINMENT, LLC, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' stipulation of dismissal of all claims pending in this action. (Docket Entry No. 42). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED without prejudice**. No bill of costs shall be allowed. All pending motions in this action are **DENIED as moot**.

It is so **ORDERED**.

ENTERED this the 11th day of June, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge